```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         NOV - 8 2011

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. __CR 03-780-DDP-ODW__ |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| __Tommy David Rodriguez__, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ____CDCA____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   ( ) Defendant has failed to demonstrate by clear and
 3                    convincing evidence that he is not likely to pose
 4                    a risk to the safety of any other persons or the
 5                    community.  Defendant poses a risk to the safety
 6                    of other persons or the community based on:
 7                    ____prior criminal record; instant____
 8                    ____offense_____
 9                    _____
10                    _____
11                    _____
12           B.   (✓) Defendant has failed to demonstrate by clear and
13                    convincing evidence that he is not likely to flee
14                    if released.  Defendant poses a flight risk based
15                    on: ____lack of known property + have____
16                    ____resources; instant offense._____
17                    _____
18                    _____
19                    _____
20
21           IT IS ORDERED that defendant be detained.
22
23      DATED:  __11/8/11__
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```